1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
4  Telephone: 702.727.1400
   Facsimile: 702.727.1401
5  Email: Sheri.Thome@wilsonelser.com
   *Attorneys for Defendants*
6  *Williams & Associates d/b/a Williams Starbuck,*
   *Donald H. Williams, and Drew J. Starbuck*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| KATYA ALFONSO, | Case No. 2:22-cv-00206-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| WILLIAMS & ASSOCIATES d/b/a WILLIAMS STARBUCK, DONALD H. WILLIAMS and DREW J. STARBUCK, | |
| | **(First Request)** |
| Defendants. | |

Defendants Williams & Associates d/b/a Williams Starbuck and Donald H. Williams ("Defendants") and Plaintiff Katya Alfonso ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the deadline for Defendants to file a responsive pleading to Plaintiff's First Amended Complaint For Damages For Violations Of The Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, et seq.[1] ("FAC") by four days, up to and including March 18, 2022.

This stipulation is submitted in compliance with LR IA 6-1. Good cause exists for the requested extension as counsel for Defendants has recently been retained to represent Defendants in this matter, has agreed to accept service for one of the Defendants, and has only recently obtained the relevant file materials and information necessary to respond to the allegations set forth in the FAC. Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

---
[1] ECF No. 6.

268279424v.1

This is the parties' first request for extension of these deadlines.

DATED this 14th day of March, 2022.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By:   */s/ Sheri M. Thome*
                Sheri M. Thome, Esq.
                Nevada Bar No. 008657
                6689 Las Vegas Blvd. South, Suite 200
                Las Vegas, Nevada 89119
                Telephone: 702.727.1400
                Facsimile: 702.727.1401
                Sheri.Thome@wilsonelser.com
                *Attorneys for Defendants*
                *Williams & Associates d/b/a Williams*
                *Starbuck, Donald H. Williams, and Drew*
                *J. Starbuck*

DATED this 14th day of March, 2022.

        KAZEROUNI LAW GROUP, APC

        By:   */s/ Gustavo Ponce*
                Gustavo Ponce, Esq.
                Nevada Bar No. 15084
                Mona Amini, Esq.
                Nevada Bar No. 15381
                6069 South Fort Apache Road, Suite 100
                Las Vegas, Nevada 89148
                Telephone: (800) 400-6808
                Facsimile: (800) 520-5523
                gustavo@kazlg.com
                mona@kazlg.com
                *Attorneys for Plaintiff Katya Alfonso*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.** Dated this 14th day of March, 2022.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE

268279424v.1